JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIS CALDERIN, | Case No. CV 19-0924-GW (JPR) |
| Plaintiff, | **J U D G M E N T** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order reversing the decision of the Commissioner is DENIED; (2) the Commissioner's request for an order affirming his final decision and dismissing the action is GRANTED; and (3) judgment is entered affirming the Commissioner's decision and dismissing this action with prejudice.

DATED: November 18, 2020

_____
GEORGE H. WU
U.S. DISTRICT JUDGE